1  KALPANA SRINIVASAN (237460)
   ksrinivasan@susmangodfrey.com
2  OLEG ELKHUNOVICH (269238)
   oeklhunovich@susmangodfrey.com
3  MICHAEL GERVAIS (330731)
   mgervais@susmangodfrey.com
4  LEAR JIANG (338600)
   ljiang@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
6  Los Angeles, California  90067-6029
   Telephone:  (310) 789-3100
7  Facsimile:  (310) 789-3150

8  CHANLER LANGHAM (*Pro Hac Vice to be submitted*)
   clangham@susmangodfrey.com
9  SUSMAN GODFREY L.L.P.
   1000 Louisiana, Suite 5100
10 Houston, Texas  77002-5096
   Telephone:  (713) 651-9366
11 Facsimile:  (713) 654-6666

12 Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND/SAN FRANCISCO DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation;<br><br>            Plaintiff,<br>     v.<br><br>Social Data Trading Ltd., d/b/a "SOCIAL DATA," "SOCIALDATA.HK," and "IQDATA.SOCIAL"<br><br>            Defendant. | Case No. 21-cv-09807 AGT<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Meta Platforms, Inc., through their undersigned counsel, states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 20, 2021

KALPANA SRINIVASAN
CHANLER LANGHAM
OLEG ELKHUNOVICH
MICHAEL GERVAIS
LEAR JIANG
SUSMAN GODFREY L.L.P.

By:   */s/ Kalpana Srinivasan*
      Kalpana Srinivasan

Attorneys for Plaintiff
META PLATFORMS, INC.

Jessica Romero
Stacy Chen
Bridget Anne Freeman
Olivia Gonzalez
PLATFORM ENFORCEMENT AND LITIGATION