| | |
|---|---|
| 1 | KALPANA SRINIVASAN (237460) |
| | ksrinivasan@susmangodfrey.com |
| 2 | OLEG ELKHUNOVICH (269238) |
| | oeklhunovich@susmangodfrey.com |
| 3 | MICHAEL GERVAIS (330731) |
| | mgervais@susmangodfrey.com |
| 4 | LEAR JIANG (338600) |
| | ljiang@susmangodfrey.com |
| 5 | SUSMAN GODFREY L.L.P. |
| | 1900 Avenue of the Stars, Suite 1400 |
| 6 | Los Angeles, California  90067-6029 |
| | Telephone:  (310) 789-3100 |
| 7 | Facsimile:  (310) 789-3150 |
| | |
| 8 | CHANLER LANGHAM (*Pro Hac Vice to be submitted*) |
| | clangham@susmangodfrey.com |
| 9 | SUSMAN GODFREY L.L.P. |
| | 1000 Louisiana, Suite 5100 |
| 10 | Houston, Texas  77002-5096 |
| | Telephone:  (713) 651-9366 |
| 11 | Facsimile:  (713) 654-6666 |
| | |
| 12 | Attorneys for Plaintiff |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation; | Case No. 21-cv-09807 AGT |
| Plaintiff, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| Social Data Trading Ltd., d/b/a "SOCIAL DATA," "SOCIALDATA.HK," and "IQDATA.SOCIAL" | **(Local Rule 3-15)** |
| Defendant. | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: December 20, 2021

KALPANA SRINIVASAN
CHANLER LANGHAM
OLEG ELKHUNOVICH
MICHAEL GERVAIS
LEAR JIANG
SUSMAN GODFREY L.L.P.

By:   */s/ Kalpana Srinivasan*
          Kalpana Srinivasan

Attorneys for Plaintiff
META PLATFORMS, INC.

Jessica Romero
Stacy Chen
Bridget Anne Freeman
Olivia Gonzalez
PLATFORM ENFORCEMENT AND LITIGATION