KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oeklhunovich@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
LEAR JIANG (338600)
ljiang@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

CHANLER LANGHAM (*Pro Hac Vice to be submitted*)
clangham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation;<br><br>    Plaintiff,<br>v.<br><br>Social Data Trading Ltd., d/b/a "SOCIAL DATA," "SOCIALDATA.HK," and "IQDATA.SOCIAL"<br><br>    Defendant. | Case No. 3:21-cv-09807 AGT<br><br>**MOTION FOR APPOINTMENT OF INTERNATIONAL PROCESS SERVER** |

Plaintiff Meta Platforms, Inc., hereby moves pursuant to Fed. R. Civ. P. 4(c)(3) and Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference in Private International Law on 15 November 1965 (the "Hague Convention"), for an order appointing Crowe Foreign Services, 733 SW Vista Avenue, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to issue and forward a request to the applicable Central Authority, any and all documents to be served by Plaintiffs in this case in compliance with the Hague Convention.

Plaintiff has engaged Crowe Foreign Services to facilitate international service of process in this matter. Crowe Foreign Services has informed Plaintiff that Hong Kong courts require that an individual requesting service be specifically authorized as a competent officer of the forum court for the purpose of requesting service in accordance with the Hague Convention.

WHEREFORE, Plaintiff Meta Platforms, Inc. requests that the Court enter the attached Order appointing Crowe Foreign Services as an international process server in this matter for the purposes of requesting service in accordance with the Hague Convention and forwarding any and all documents to the Hong Kong Central Authority.

Dated: January 7, 2022

KALPANA SRINIVASAN
CHANLER LANGHAM
OLEG ELKHUNOVICH
MICHAEL GERVAIS
LEAR JIANG
SUSMAN GODFREY L.L.P.

By:   */s/ Kalpana Srinivasan*
         Kalpana Srinivasan

Attorneys for Plaintiff
META PLATFORMS, INC.

Jessica Romero
Stacy Chen
Bridget Anne Freeman
Olivia Gonzalez
PLATFORM ENFORCEMENT AND
LITIGATION

2
MOTION FOR APPOINTMENT OF INTERNATIONAL PROCESS SERVER
Case No. 21-cv-09807 AGT

10277795v1/017284