1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND/SAN FRANCISCO DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation;<br><br>　　　　Plaintiff,<br>　　v.<br><br>Social Data Trading Ltd., d/b/a "SOCIAL DATA," "SOCIALDATA.HK," and "IQDATA.SOCIAL"<br><br>　　　　Defendant. | Case No. 3:21-cv-09807 AGT<br><br>**ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |

Pursuant to Chapter 1, Article 3 of the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters developed at the Tenth Session of the Hague Conference on Private International Law on 15 November, 1965 (the "Hague Convention"), and for good cause shown, the Court hereby appoints Crowe Foreign Services, 733 SW Vista Avenue, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the Jurisdiction of this Court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.

IT IS SO ORDERED.

Dated: January 10, 2022

Hon. Alex G. Tse
United States Magistrate Judge