1  KALPANA SRINIVASAN (237460)
   ksrinivasan@susmangodfrey.com
2  OLEG ELKHUNOVICH (269238)
   oelkhunovich@susmangodfrey.com
3  MICHAEL GERVAIS (330731)
   mgervais@susmangodfrey.com
4  LEAR JIANG (338600)
   ljiang@susmangodfrey.com
5  SUSMAN GODFREY L.L.P.
   1900 Avenue of the Stars, Suite 1400
6  Los Angeles, California  90067-6029
   Telephone:  (310) 789-3100
7  Facsimile:  (310) 789-3150

8  CHANLER LANGHAM (*Pro Hac Vice to be submitted*)
   clangham@susmangodfrey.com
9  SUSMAN GODFREY L.L.P.
   1000 Louisiana, Suite 5100
10 Houston, Texas  77002-5096
   Telephone:  (713) 651-9366
11 Facsimile:  (713) 654-6666

12 Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND/SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation;<br><br>        Plaintiff,<br>    v.<br><br>Social Data Trading Ltd., d/b/a "SOCIAL DATA," "SOCIALDATA.HK," and "IQDATA.SOCIAL"<br><br>        Defendant. | Case No. 21-cv-09807 AGT<br><br>**DECLARATION OF LEAR JIANG IN SUPPORT OF PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]**<br><br>Current Date:  March 25, 2022<br>Proposed Date:  July 15, 2022<br>Time: 2:00pm<br>Courtroom: A—15th Floor<br>Judge: Hon. Alex G. Tse |

DECLARATION OF L. JIANG ISO MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[L.R. 6-1(B)]
Case No. 21-cv-09807 AGT

10422812v1/017284

I, Lear Jiang, hereby declare and state as follows:

1. I am an associate at the law firm of Susman Godfrey L.L.P., counsel of record for Plaintiff Meta Platforms, Inc. ("Plaintiff"). I have personal knowledge of the matters set forth in this declaration, and if called upon as a witness I could and would testify competently thereto.

2. I make this declaration in support of Plaintiff's Motion to Continue the Initial Case Management Conference [L.R. 6-1(B)].

3. Upon filing of this action, I coordinated with and retained the services of Crowe Foreign Services ("Crowe") to assist with service of process of the Defendant via the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters ("Hague Convention").

4. Crowe has informed me that the Hong Kong Central Authority received the relevant documents for service of process on January 21, 2022.

5. Crowe has informed me that Hague Convention service in Hong Kong could take approximately another four additional months from delivery of the relevant documents to the Hong Kong Central Authority until the Defendant is properly served.

6. Plaintiff is unable to meet and confer with Defendant to limit any potential disagreements and bring them to the Court's attention prior to the Initial Case Management Conference. Absent the continuance requested by the Plaintiff, Plaintiff and the Court will waste resources that are best reserved until Defendant appears in this Action.

7. This is the first request for any continuance in this case. A grant of Plaintiff's request for continuance will have minimal impact on the schedule for this case because Defendant has not appeared and a scheduling order has not been entered in this case.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 4th day of March 2022, at Los Angeles, California.

*/s/ Lear Jiang*
Lear Jiang

2
DECLARATION OF L. JIANG ISO MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
[L.R. 6-1(B)]
Case No. 21-cv-09807 AGT

10422812v1/017284