1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND/SAN FRANCISCO DIVISION**

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation;<br><br>　　　　Plaintiff,<br>　　v.<br><br>Social Data Trading Ltd., d/b/a "SOCIAL DATA," "SOCIALDATA.HK," and "IQDATA.SOCIAL"<br><br>　　　　Defendant. | Case No. 21-cv-09807 AGT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]**<br><br>Current Date: March 25, 2022<br>Proposed Date: July 15, 2022<br>Time: 2:00pm<br>Courtroom: A—15th Floor<br>Judge: Hon. Alex G. Tse |

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]
Case No. 21-cv-09807 AGT

10422813v1/017284

Upon review and consideration of Plaintiff's Motion to Continue the Initial Case Management Conference, and with good cause appearing, IT IS HEREBY ORDERED THAT:

The Initial Case Management Conference is continued from March 25, 2022 to July 15, 2022, at 2:00 p.m. A joint case management statement is due on or before July 8, 2022.

IT IS SO ORDERED.

Dated: March 7, 2022

Hon. Alex G. Tse
United States Magistrate Judge

2
[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE
INITIAL CASE MANAGEMENT CONFERENCE [L.R. 6-1(B)]
Case No. 21-cv-09807 AGT

10422813v1/017284