

香港特別行政區政府
政務司司長辦公室轄下行政署

中 華 人 民 共 和 國
香 港 添 馬 添 美 道 2 號

本函檔號 Our Ref.:   AW-450-015-010-015-008-081

來函檔號 Your Ref.:

The Government of
The Hong Kong Special Administrative Region
Administration Wing,
Chief Secretary for Administration's Office

2 Tim Mei Avenue, Tamar, Hong Kong
People's Republic of China

Room 321, 3/F., East Wing
Central Government Offices
Tel: (852) 2810 3969
Fax: (852) 2842 8897
Email: faithwan@cso.gov.hk

**By Registered Mail**

2 June 2022

L. Celeste Ingalls
Crowe Foreign Services
733 SW Vista Avenue
Portland, Oregon 97205
USA

Dear Sir/Madam,

### Service of Documents on
### Social Data Trading Ltd. (SJ 81/2022)

With reference to your request for service of documents, I am pleased to inform you that service has been effected on the party concerned. The other set of the documents provided, together with a completed Certificate and an Affidavit of Service, is enclosed herewith.

Yours faithfully,

(Ms Faith WAN)
for Chief Secretary for Administration

Encl.

## CERTIFICATE (Re : Social Data Trading Ltd.)

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

(1) that the document has been served*

&mdash;the (date)   17 May 2022.

&mdash;at (place, street, number)   7F, MW Tower, 111 Bonham Strand, Sheung Wan, Hong Kong SAR, China.

&mdash;in one of the following methods authorised by article 5

(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.

(b) in accordance with the following particular method*: ..................

(c) by delivery to the addressee, who accepted it voluntarily*.

The documents referred to in the request have been delivered to :

&mdash;(identity and description of person) ..................

&mdash;relationship to the addressee (family, business or other): ..................

(2) that the document has not been served, by reason of the following facts*: ..................

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*

Annexes&mdash;

Documents returned   ..................

In appropriate case, documents establishing the service   Affidavit of service of Leung Hoi Shuen, Bailiff's Assistant dated 17 May 2022.

Done at ..................
Signature and/or stamp,

[Seal of the High Court, Hong Kong]

**2 5 MAY 2022**

*Delete if inappropriate.

Reg No.: SER 18745/2022
Case No.:
DRN.: 123200068346

CSO/ADM/SJ 81/2022

Request for Service of Judicial Documents from: USA (Oregon)

Party for Service: Social Data Trading Ltd.

## AFFIDAVIT OF SERVICE

I, Leung Hoi Shuen, Bailiff's Assistant of the High Court of Hong Kong, make oath and say as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named Social Data Trading Ltd. with the following judicial documents:

    i) Request;
    ii) Summary of the document to be served;
    iii) Certificate (unexecuted);
    iv) Order (Case No. 3:21-cv-09807 AGT);
    v) Summons in a Civil Action (Filed 12/22/21) (Civil Action No. 3:21-cv-09807-AGT);
    vi) Complaint (Case No. 21-9807);
    vii) Exhibits A-N;
    viii) Civil Cover Sheet;
    ix) Summons in a Civil Action (Filed 12/20/21) (Civil Action No. 21-9807);
    x) Plaintiff's Corporate Disclosure Statement;
    xi) Certification of Interested Entities;
    xii) Order Setting Initial Case Management Conference;
    xiii) Consent or Declination to Magistrate Judge Jurisdiction;
    xiv) Settlement Conference Standing Order for Magistrate Judge Alex G. Tse;
    xv) Civil Standing Order for Magistrate Judge Alex G. Tse;
    xvi) Joint Case Management Statement; and
    xvii) Consenting to the Jurisdiction of a Magistrate Judge.

2. I did on Tuesday, the 17th day of May 2022 at 10:44 hours serve the above-named Social Data Trading Ltd. with the aforesaid judicial documents by leaving the same at the address given in the Request for Service, which was also the registered office address of Social Data Trading Ltd. according to the Company Particulars Search Record issued by the Companies Registry of Hong Kong as provided by the applicant, namely, 7F, MW Tower, 111 Bonham Strand, Sheung Wan, Hong Kong SAR, China.

3. And I make oath and say that the contents of this affidavit are true.

(signature of deponent)

SWORN at the Bailiff Office (Wanchai Tower), 26/F, Wanchai Tower, 12 Harbour Road, Hong Kong, in the Hong Kong Special Administrative Region this 17th day of May 2022.

Before me,

( Wong Siu-hong )
Commissioner for Oaths
Judiciary

Reg No.: SER 18745/2022
Case No.:
DRN.: 123200068346

CSO/ADM/SJ 81/2022

Request for Service of Judicial Documents from
**USA** (Oregon)

Judicial Documents to be served on:
Social Data Trading Ltd.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIDAVIT OF Leung Hoi Shuen

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dated this 17th day of May 2022
Bailiff Office (Wanchai Tower)
26/F, Wanchai Tower, 12 Harbour Road,
Hong Kong,
Hong Kong Special Administrative Region

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRA JUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIARE OU EXTRAJUDICIAIRE*

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Hage, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Indentité et adresse du requérant* | Address of receiving authority<br>*Adrese de l'autorité destinataire* |
|---|---|
| L. Celeste Ingalls **<br>Crowe Foreign Services<br>733 SW Vista Avenue<br>Portland, Oregon 97205<br>USA<br><br>Facsimile No. 1-503-222-3950<br>Email: LCI@foreignservices.com | Chief Secretary for Administration<br>Hong Kong Special Administrative Region Government<br>Room 321, 3/F, East Wing<br>Central Government Offices<br>2 Tim Mei Avenue, Admiralty<br>Hong Kong SAR, China<br><br>Telephone: 852 2810-3969  Fax: 852 2842-8897 |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)

*Le requérant soussigné a l'honneur de faire parvenir - en double exemplaire - a l'autorité destinataire les documents ci-dessous énumérés en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savior:*
*(identité et adresse)*

**Social Data Trading Ltd.**                                           See attached ICRIS report
**(doing business as "SOCIAL DATA," "SOCIALDATA.HK." and "IQDATA.SOCIAL")**
**Serve At The Registered Address Of Company Secretary: West Union Global Limited:**
**7F, MW Tower, 111 Bonham Strand, Sheung Wan, Hong Kong SAR, China**

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   a) *selon les formes légales (article 5, alinéa premier, lettre a).*

[ ] ~~(b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:~~
   ~~b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*~~

[ ] ~~(c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.~~
   ~~c) *le cas échéant, par remise simple (article 5, alinéa 2).*~~

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes - avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Hague "Summary" (2 pages)
Order
Summons in a Civil Action
Complaint
Exhibits A-N
Civil Cover Sheet
Summons in a Civil Action (filed 12/20/21)
Plaintiff's Corporate Disclosure Statement
Certification of Interested Entities
Order Setting Initial Case Management Conference
Consent or Declination to Magistrate Judge Jurisdiction
Settlement Conference Standing Order for Magistrate Judge Alex G. Tse
Civil Standing Order for Magistrate Judge Alex G. Tse
Joint Case Management Statement
Consenting to the Jurisdiction of a Magistrate Judge

Done at Portland, Oregon, USA, the __11__ day of _March_, 2022.
*Fait à Portland, Oregon, USA, le…*

Signature and/or stamp.
*Signature et/ou cachet*

OFFICIAL STAMP
LYLE CELESTE INGALLS
NOTARY PUBLIC - OREGON
COMMISSION NO. 1021981
MY COMMISSION EXPIRES FEB. 21, 2026

L. Celeste Ingalls

* Delete if inappropriate
*Rayer les mentions inutiles*

**  Authorized applicant pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, Public Law 97-462 AND USDC Order