UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SOCIAL DATA TRADING LTD.,<br><br>    Defendant. | Case No. 21-cv-09807-AGT<br><br>**ORDER REQUESTING SUPPLEMENTAL SUBMISSION**<br><br>Re: Dkt. No. 23 |

Meta Platforms, Inc., has moved for default judgment. The Court directs Meta to file an affidavit in support of its proposed award of attorneys' fees and costs by October 26, 2022.

**IT IS SO ORDERED.**

Dated: October 19, 2022

Alex G. Tse
United States Magistrate Judge