KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
OLEG ELKHUNOVICH (269238)
oelkhunovich@susmangodfrey.com
MICHAEL GERVAIS (330731)
mgervais@susmangodfrey.com
LEAR JIANG (338600)
ljiang@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California  90067-6029
Telephone:  (310) 789-3100
Facsimile:  (310) 789-3150

CHANLER LANGHAM (admitted *Pro Hac Vice*)
clangham@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, Texas  77002-5096
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| META PLATFORMS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Social Data Trading Ltd., d/b/a "SOCIAL DATA," "SOCIALDATA.HK," and "IQDATA.SOCIAL"<br><br>Defendant. | Case No. 21-cv-09807 AGT<br><br>**DECLARATION OF LEAR JIANG IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN SUPPORT OF ITS REQUEST FOR ATTORNEYS' FEES AND COSTS** |

1   I, Lear Jiang, hereby declare and state as follows:

2       1.      I am an associate at the law firm of Susman Godfrey L.L.P. ("Susman"), counsel of

3   record for Plaintiff Meta Platforms, Inc.  I have personal knowledge of the matters set forth in this

4   declaration, and if called upon as a witness I could and would testify competently thereto.  I make

5   this declaration in response to the Court's October 19, 2022 order directing Plaintiff to file an

6   affidavit in support of its proposed award of attorneys' fees and costs.  ECF No. 24.

7       2.      I am informed that, Plaintiff and Susman have a fee arrangement whereby Plaintiff

8   pays Susman a fixed monthly fee in addition to preset fixed charges for specific tasks conducted

9   over the course of the litigation.

10      3.      As Plaintiff seeks only its reasonable fees under a lodestar calculation for Susman's

11  work related to this matter, I include only those hours reasonably expended performing the tasks

12  mentioned in paragraph 4, below, which I am informed totaled $361,790.00 for approximately

13  657.90 hours of work.  A summary of the hours worked for each attorney and paralegal spent on

14  this matter is attached as **Exhibit 1**.

15      4.      The attorneys' fees sought by Plaintiff are based on the work of Kalpana Srinivasan

16  (co-Managing Partner), Chanler Langham (Partner), Oleg Elkhunovich (Partner), Michael Gervais

17  (Partner), myself (associate), Alexandra Polin (paralegal), and Kate Gheen (paralegal), associated

18  with, *inter alia*: (1) conducting the initial case strategy and investigation leading up to drafting,

19  reviewing, and filing the complaint; (2) actions associated with serving the Defendant in Hong

20  Kong, China through three different methods provided for under the Hague Convention[1] including

21  strategizing alternative forms of service; and (3) drafting and reviewing the motions for entry of

22  default and for default judgment.

23      5.      Each timekeeper kept daily electronic records of his or her time.  In recording their

24  timekeeping entries, attorneys at Susman are required to specify the client and matter, the nature of

25  the work performed, and the amount of time that they expended on a designated task.  I have

26  reviewed Susman's timekeeping records for this case for the total amount of time spent in this

27

28  [1] The Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and
    Commercial Matters, Nov. 15, 1965, 20 U.S.T. 361, 658 U.N.T.S. 163.

matter.  Susman is prepared to produce this timekeeping record for the Court's inspection, as the Court deems appropriate.

6.     I am informed that, between when Plaintiff's attorneys began working on this matter up to and including December 20, 2021 (the date that the complaint was filed), Plaintiff's attorneys spent a total of 293.10 hours working on this matter.  During this period, Plaintiff's counsel spent time strategizing about which specific causes of action to bring in this case, including evaluating various California and Federal causes of action; reviewing drafts of several iterations of the complaint; and conducting research related to potential counterclaims that Defendant could assert against Plaintiff.

7.     I am informed that, between December 21, 2021, up to and including June 16, 2022 (the date that Plaintiff filed its proof of service), Plaintiff's attorneys spent a total of 251.20 hours working on this matter.  During this period, Plaintiff's counsel spent time attempting to serve Defendant via multiple forms permitted under the Hague Convention and the Federal Rules of Civil Procedure, including by hiring an international process server.  Plaintiff's counsel prepared a motion for the appointment of an international process server and a motion to continue the case management conference.  Plaintiff's counsel also researched possible forms of alternative service and prepared possible drafts of a motion for alternative service.

8.     I am informed that, between June 17, 2022, up to and including October 20, 2022, Plaintiff's attorneys spent a total of 113.60 hours working on this matter.  During this period, Plaintiff's counsel researched and prepared a motion for entry of default in this case as well as a motion for default judgment.  Plaintiff's counsel also strategized with Plaintiff regarding potential pre-judgment discovery to pursue against Defendant.

9.     I am informed that, on this matter, Ms. Srinivasan spent a total of 17.50 hours with a standard rate of $1,100 per hour in 2021 and 6.40 hours with a standard rate of $1,300 per hour in 2022. Ms. Srinivasan is one of the two co-Managing Partner of Susman.  She oversaw this matter and supervised the preparation of filings of motions in this matter, as well as the pending request for attorneys' fees.  She has approximately 17 years of litigation experience.

10.     I am informed that, on this matter, Mr. Langham spent a total of 42.20 hours with a

standard rate of $650 per hour in 2021 and 15.30 hours with a standard rate of $700 per hour in 2022.  Mr. Langham is a Partner at Susman and is a graduate of Columbia Law School.  Mr. Langham has approximately 16 years of litigation experience.

11.    I am informed that, on this matter, Mr. Elkhunovich spent a total of 28.70 hours with a standard rate of $650 per hour in 2021 and 5 hours with a standard rate of $750 per hour in 2022.  Mr. Elkhunovich is a Partner at Susman and is a graduate of the University of Pennsylvania School of Law.  Mr. Elkhunovich has approximately 12 years of litigation experience.

12.    I am informed that, on this matter, Mr. Gervais spent a total of 24.40 hours with a standard rate of 600 per hour in 2021 and 16.40 hours with a standard rate of $675 per hour in 2022.  Mr. Gervais is a Partner at Susman and is a graduate of Yale Law School.  Mr. Gervais has approximately 9 years of litigation experience.

13.    I am informed that, on this matter, I spent a total of 193 hours with a standard rate of $500 per hour in 2021 and 260.60 hours with a standard rate of $525 per hour in 2022.  I am now a second-year associate at Susman and a graduate of Columbia Law School.

14.    I am informed that, on this matter, Ms. Polin spent a total of 20.90 hours with a standard rate of $275 per hour in 2021 and 26.50 hours with a standard rate of $325 per hour in 2022.

15.    I am informed that, on this matter, Ms. Gheen spent a total of 1 hour with a standard rate of $300 per hour in 2022.

16.    Plaintiff has also incurred $3,640.45 in costs during the course of this litigation.  Plaintiff's costs are likewise electronically maintained.  The costs detailed in the table below are correctly stated, necessarily incurred, and are allowable by law.  These costs entail filing fees (including a pro hac vice application), costs incurred in attempts to effect service under methods provided for under the Hague Convention, and costs associated with delivery of physical documents to Defendant and the Court.  Plaintiff does not seek to recover costs expended by Plaintiff's counsel but not billed to Plaintiff.  Attached as **Exhibit 2** are redacted versions of the proofs of payment associated with the respective costs that Plaintiff has incurred.

| Description | Amount |
|---|---|
| Case Filing Fee | $402.00 |
| Service of Process Fees (Crowe Foreign Services) | $2,665.00 |
| Pro Hac Vice Application Fee and Certificate of Good Standing | $337.00 |
| Messenger/Delivery fees; including delivering physical documents to Defendant in Hong Kong; and courtesy copies of original documents to Court | $236.45 |
| **Total:** | **$3,640.45** |

17.     No conference of counsel was held pursuant to Civil Local Rule 54- 5(b)(1) because Defendant has failed to appear in this action and has defaulted.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 26th day of October 2022, at Los Angeles, California.


                              */s/  Lear Jiang*_____
                              Lear Jiang

# Exhibit 1

| TKPR Name | Rank | Rate | | Sum of Bs Hrs | Sum of Bs Amt |
|---|---|---|---|---|---|
| Elkhunovich, Oleg | Partner | $ | 650 | 28.70 | $18,655.00 |
| | | $ | 750 | 5.00 | $3,750.00 |
| **Elkhunovich, Oleg Total** | | | | **33.70** | **$22,405.00** |
| Gervais, Michael | Partner | $ | 600 | 24.40 | $14,640.00 |
| | | $ | 675 | 16.40 | $11,070.00 |
| **Gervais, Michael Total** | | | | **40.80** | **$25,710.00** |
| Jiang, Lear | Associate | $ | 500 | 193.00 | $96,500.00 |
| | | $ | 525 | 260.60 | $136,815.00 |
| **Jiang, Lear Total** | | | | **453.60** | **$233,315.00** |
| Langham, Chanler A. | Partner | $ | 650 | 42.20 | $27,430.00 |
| | | $ | 700 | 15.30 | $10,700.00 |
| **Langham, Chanler A. Total** | | | | **57.50** | **$38,130.00** |
| Polin, Alexandra | Paralegal | $ | 275 | 20.90 | $5,747.50 |
| | | $ | 325 | 26.50 | $8,612.50 |
| **Polin, Alexandra Total** | | | | **47.40** | **$14,360.00** |
| Srinivasan, Kalpana | Partner | $ | 1,100 | 17.50 | $19,250.00 |
| | | $ | 1,300 | 6.40 | $8,320.00 |
| **Srinivasan, Kalpana Total** | | | | **23.90** | **$27,570.00** |
| Gheen, Kate | Paralegal | $ | 300 | 1.00 | $300.00 |
| **Gheen, Kate Total** | | | | **1.00** | **$300.00** |
| **Grand Total** | | | | **657.90** | **$361,790.00** |

| Range | Sum of Bs Hrs | Sum of Bs Amt |
|---|---|---|
| 1 - Inception to 12/20/2021 | 293.10 | $165,202.50 |
| 2 - 12/21/2021 to 06/16/2022 | 251.20 | $134,395.00 |
| 3 - 06/17/2022 to 10/20/2022 | 113.60 | $62,192.50 |
| **Grand Total** | **657.90** | **$361,790.00** |

# Exhibit 2

**U.S. District Court**

**California Northern District**

## Notice of Electronic Filing

The following transaction was entered by Srinivasan, Kalpana on 12/20/2021 at 10:46 AM PST and filed on 12/20/2021

**Case Name:**      Meta Platforms, Inc. v. Social Data Trading Ltd.

**Case Number:**      3:21-cv-09807

**Filer:**      Meta Platforms, Inc.

**Document Number:** 1

**Docket Text:**
**COMPLAINT against Social Data Trading Ltd. ( Filing fee $ 402, receipt number ACANDC-16735927.). Filed byMeta Platforms, Inc.. (Attachments: # (1) Civil Cover Sheet)(Srinivasan, Kalpana) (Filed on 12/20/2021)**

**3:21-cv-09807 Notice has been electronically mailed to:**

Kalpana Srinivasan      ksrinivasan@susmangodfrey.com, ecf-131869ec243e@ecf.pacerpro.com, ecf-28e56f2d9a69@ecf.pacerpro.com, gfisk@susmangodfrey.com

**3:21-cv-09807 Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2021-12-20 Meta-Social Data Complaint (Final).pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/20/2021] [FileNumber=18778820-0
] [56c6461aa672ef3a4dc5b7d8aac8553e78df2242417218b21860d2c041af5e16c02
1010c18c426a5dacec4a852bbd25ca2d589d5c6eab16fbe212be1f7504ae5]]
**Document description:**Civil Cover Sheet
**Original filename:**C:\fakepath\2021-12-20 Meta-Social Data Civil Cover Sheet Final.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=12/20/2021] [FileNumber=18778820-1
] [98aa65d65f59f397f48e2eb7feed5383481ab0863bf5e41fe262e868a34659eaef6
9827ecded2a684b1884514451fb67daabddb6323e6d888d6bbfd8c8187602]]

1

First Data - POS

https://globalgateway4.firstdata.com/vpos

```
========= TRANSACTION RECORD =========
CROWE FOREIGN SERVICES
733 SW VISTA AVE
PORTLAND, OR 97205
United States


TYPE: Purchase

ACCT: ███              $ 2,665.00 USD

CARDHOLDER NAME :  ███████
CARD NUMBER     : ############ ███
DATE/TIME       : 30 Dec 21 09:48:38
REFERENCE #     : 001 0301596 T
AUTHOR. #       : ███████
TRANS. REF.     : 34410-11 Hong Kong

    Approved - Thank You 100


Please retain this copy for your records.

Cardholder will pay above amount to
card issuer pursuant to cardholder
agreement.
===========================================
```

12/30/2021, 9:48 AM



**First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA 90074-3451

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| Invoice Date | Total Due |
| 12/31/21 | 53.75 |
| | |
| | |

Susman Godfrey LLP
ATTENTION: SANDRA GRAHAM
1900 AVENUE OF THE STARS #1400
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877) 350-8698

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 12/31/21 | 53.75 | 1 | | | |
| Date | Ordr No. | Svc | | | Service Detail | | | | Charges | Total |
| 12/20/21 | | PDF | Susman Godfrey LLP | USDC-SAN FRANCISCO | | | Base Chg : | 21.75 | | |
| PDF COURTESY DELIVERY | | | 1900 AVENUE OF THE STARS | 450 GOLDEN GATE AVENUE | | | PDF/Ship : | 32.00 | | 53.75 |
| | | | LOS ANGELES     CA 90067 | SAN FRANCISCO    CA 94102 | | | | | | |
| | | | Caller: Eloisa Ball | | | | | | | |
| | | | 21-9807 | | | | | | | |
| | | | META PLATFORMS V SOCIAL DATA | | | | | | | |
| | | | SUMMONS & COMPLAINT | | | | | | | |
| | | | DEL TO JUDGE | | | | | | | |
| | | | Signed: DROP BOXED | Ref: 017284 | | | | | | |
| | | | | | | | Total | | | 53.75 |

## INVOICE PAYMENT DUE UPON RECEIPT

# INVOICE

Invoice ID: █████████

| | |
|---|---|
| **Vendor** | FIRST LEGAL NETWORK, LLC |
| **Requester** | Greg Fisk [Secretary I 9139 I GFISK I 103026 I  I ] |
| **Created By** | Capture SusmanGodfrey [ I  I CAPTURE] |
| **Create Date** | 01/05/2022 |

## Invoice Information

| | |
|---|---|
| **Vendor** | FIRST LEGAL NETWORK, LLC█████ |
| **Address** | FIRST LEGAL NETWORK, LLC█████<br>PO BOX 743451<br>LOS ANGELES, CA  90074-3451<br>████████████ |
| **Invoice Number** | ████████ |
| **Invoice Date** | 12/31/2021 |
| **Invoice Amount** | 53.75 USD |
| **Description** | PDF Courtesy Delivery 12/20/21 |
| **Check Memo** | 017284 Meta Platforms/Facebook Meta Platforms/Facebook v. Social Data (RET) |

## Prior Approvers

## Allocation Details

Amount (USD)

**Matter Expense** | 53.75

| | |
|---|---|
| **017284** | Meta Platforms/Facebook<br>Meta Platforms/Facebook v. Social Data (RET) |
| **Line** | 0001 |
| **Description** | PDF Courtesy Delivery 12/20/21 |
| **Name** | Greg Fisk [Secretary I 9139 I GFISK] |
| **Code** | ████████████ |

## Allocation Summary

Amount(USD)

| | | |
|---|---|---|
| **017284** | Meta Platforms/Facebook     Meta<br>Platforms/Facebook v. Social Data<br>(RET) | 53.75 |

| Expense Summary | Amount(USD) |
|---|---|
| Matter Expense | 53.75 |

PHV Application - C. Langham

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Jill McCrary |
| **Subject:** | Pay.gov Payment Confirmation: CALIFORNIA NORTHERN DISTRICT COURT |
| **Date:** | Friday, March 18, 2022 2:53:40 PM |

EXTERNAL Email

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: ECF Help Desk at 866-638-7829.

Account Number: █████████
Court: CALIFORNIA NORTHERN DISTRICT COURT
Amount: $317.00
Tracking Id: ACANDC-17007000
Approval Code: 09989P
Card Number: ************████
Date/Time: 03/18/2022 03:53:32 ET

NOTE: This is an automated message. Please do not reply

Certificate of Good Standing for C. Langham

| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Jill McCrary |
| **Subject:** | Pay.gov Payment Confirmation: TEXAS SOUTHERN DISTRICT COURT |
| **Date:** | Monday, March 7, 2022 2:09:29 PM |

EXTERNAL Email

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Services Group at 713-250-5875.

Account Number: ██████████
Court: TEXAS SOUTHERN DISTRICT COURT
Amount: $20.00
Tracking Id: ATXSDC-27845012
Approval Code: 07568P
Card Number: ************████
Date/Time: 03/07/2022 03:09:18 ET

NOTE: This is an automated message. Please do not reply



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
|  | May 11, 2022 |  | 2 of 2 |

## FedEx Express Shipment Detail By Reference (Original)

**Ship Date:** May 06, 2022          **Cust. Ref.:** 017284/Meta Platforms/LJ          **Ref.#2:**
**Payor:** Shipper          **Ref.#3:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 22.00% to this shipment.
Distance Based Pricing, Zone 4

| Automation | INET | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 776796015208 | Lear Jiang | Attn: Gina Augustine | |
| Service Type | FedEx Priority Overnight | Susman Godfrey LLP | San Francisco Courthouse | |
| Package Type | FedEx Envelope | 1900 AVENUE OF THE STARS | 450 Golden Gate Avenue | |
| Zone | 04 | LOS ANGELES CA 90067 US | SAN FRANCISCO CA 94102 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 43.82 |
| Delivered | May 09, 2022 10:16 | Grace Discount | | -15.78 |
| Svc Area | A4 | Automation Bonus Discount | | -4.38 |
| Signed by | R.ESSANDOH | Fuel Surcharge | | 6.78 |
| FedEx Use | 000000000/208/_ | Adult Signature | | 7.15 |
| | | **Total Charge** | **USD** | **$37.59** |

**017284/Meta Platforms/LJ Reference Subtotal**          **USD**          **$37.59**

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

Invoice ID: ███████████

## Allocation Summary

| | | Amount(USD) |
|---|---|---:|
| **017284** | Meta Platforms/Facebook    Meta Platforms/Facebook v. Social Data (RET) | 37.59 |
| **02-77700** | Office    Houston | 18.02 |
| | ████████████████ | |

## Expense Summary

| | Amount(USD) |
|---|---:|
| Firm Expense | 18.02 |
| Matter Expense | 37.59 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| ▮▮▮▮▮ | May 11, 2022 | ▮▮▮▮▮ | 1 of 2 |

**Billing Address:**
SUSMAN GODFREY LLP
1000 LOUISIANA ST STE 5100
HOUSTON TX 77002-5096

**Shipping Address:**
SUSMAN GODFREY LLP
1900 AVE OF THE STARS STE 1400
LOS ANGELES CA 90067-4405

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:      800.622.1147
            M-F 7 AM to 8 PM CST
            Sa  7 AM to 6 PM CST
Internet:   fedex.com

## Invoice Summary

### FedEx Express Services

| Total Charges | USD | $55.61 |
|---|---|---|
| **TOTAL THIS INVOICE** | **USD** | **$55.61** |

You saved $31.72 in discounts this period!

Shipments included in this invoice received an earned discount. If you would
like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.

*Payments not received by May 26, 2022 are subject to a late fee.*



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number |
|---|---|---|
| ▮▮▮▮▮ | USD $55.61 | ▮▮▮▮▮ |

**Remittance Advice**

**Your payment is due by May 26, 2022**
*Payments not received by this date are subject to a late fee.*

SUSMAN GODFREY LLP
1000 LOUISIANA ST STE 5100
HOUSTON TX 77002-5096

FEDEX ERS
PO BOX 371741
PITTSBURGH PA 15250-7741



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| | May 16, 2022 | | 2 of 2 |

## FedEx Express Shipment Detail By Reference (Original)

**Ship Date:** May 10, 2022  
**Payor:** Shipper

**Cust. Ref.:** 017284/Meta Platforms/LJ  
**Ref.#3:**

**Ref.#2:**

Fuel Surcharge - FedEx has applied a fuel surcharge of 29.50% to this shipment.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 776736344680 | LEAR JIANG | SOCIAL DATA TRADING LTD. | |
| Service Type | FedEx International Priority | SUSMAN GODFREY LLP | SOCIAL DATA TRADING LTD. | |
| Package Type | FedEx Envelope | 1900 AVENUE OF THE STARS | 111 BONHAM STRAND | |
| Orig./Dest. | CIB/HKG | SUITE 1400 | SHEUNG WANG 7FMWT-OWER HK | |
| Zone | F | CENTURY CITY CA 90067 US | | |
| Packages | 1 | | | |
| Rated Weight | 0.5 lbs | Transportation Charge | | 66.75 |
| Declared Value | USD 1.00 | Grace Discount | | -27.37 |
| Delivered | May 13, 2022 11:31 | Automation Bonus Discount | | -3.34 |
| Signed by | R.LI | Fuel Surcharge | | 13.04 |
| FedEx Use | _/USALLF/_ | Peak Surcharge | | 1.00 |
| | | Adult Signature | | 7.15 |
| | | **Total Transportation Charges** | **USD** | **$57.23** |
| | | **017284/Meta Platforms/LJIA Reference Subtotal** | **USD** | **$57.23** |
| | | **Total FedEx Express** | **USD** | **$57.23** |

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| | May 16, 2022 | | 1 of 2 |

**Billing Address:**
SUSMAN GODFREY LLP
1000 LOUISIANA ST STE 5100
HOUSTON TX 77002-5096

**Shipping Address:**
JESSICA FOULENFONT
SUSMAN GODFREY LLP
1900 AVE OF THE STARS STE 1400
LOS ANGELES CA 90067-4405

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:     800.622.1147
                M-F  7 AM to 8 PM CST
                Sa   7 AM to 6 PM CST
Internet:   fedex.com

## Invoice Summary

### FedEx Express Services

| | | |
|---|---|---|
| Total Charges | USD | $57.23 |
| **TOTAL THIS INVOICE** | **USD** | **$57.23** |

You saved $30.71 in discounts this period!

Shipments included in this invoice received an earned discount. If you would
like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.

*Payments not received by May 31, 2022 are subject to a late fee.*



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number |
|---|---|---|
| | USD $57.23 | |

**Remittance Advice**

**Your payment is due by May 31, 2022**
*Payments not received by this date are subject to a late fee.*

SUSMAN GODFREY LLP
1000 LOUISIANA ST STE 5100
HOUSTON TX 77002-5096

FEDEX ERS
PO BOX 371741
PITTSBURGH PA 15250-7741

# INVOICE

Invoice ID: ███████

| | |
|---|---|
| **Vendor** | FEDERAL EXPRESS CORPORATION |
| **Requester** | Rozalia Phocas [FirmAdmin I ███ I RPHOCAS I ██████ I ] |
| **Created By** | Charles Walker [FirmAdmin I  I CWalker] |
| **Create Date** | 05/18/2022 |

## Invoice Information

| | |
|---|---|
| **Vendor** | FEDERAL EXPRESS CORPORATION ████ |
| **Address** | ATTN: EDI PAYMENT ██████<br>FEDEX ERS<br>PO BOX 371741<br>PITTSBURGH, PA  15250-7741 |
| **Invoice Number** | ██████ |
| **Invoice Date** | 05/16/2022 |
| **Invoice Amount** | 57.23 USD |
| **Description** | Shipper: Lear Jiang, Recipient: Social Data Trading LTD, Tracking ID: 776796344680, Ship Date: 5/10/2022 |
| **Check Memo** | 017284 Meta Platforms/Facebook Meta Platforms/Facebook v. Social Data (RET) |
| **Firm Department** | Accounting Department |

## Prior Approvers

███████ ███████████████

███████ ████████████████

███████ ███████████████████

███████ ████████████████████[r]

## Allocation Details

Amount (USD)

**Matter Expense**                                                   57.23

| | | |
|---|---|---|
| **017284** | Meta Platforms/Facebook<br>Meta Platforms/Facebook v. Social Data (RET) | |
| **Line** | 0001 | |
| **Description** | Shipper: Lear Jiang, Recipient: Social Data Trading LTD, Tracking ID: 776796344680, Ship Date: 5/10/2022 | |
| **Name** | Lear Jiang [Associate I ██████████ | |
| **Code** | Messenger/Delivery Service (HCMSGR) | |

## Allocation Summary

Amount(USD)

Invoice ID: ██████████

| 017284 | Meta Platforms/Facebook     Meta Platforms/Facebook v. Social Data (RET) | 57.23 |
|---|---|---|

## Expense Summary

| | Amount(USD) |
|---|---|
| Matter Expense | 57.23 |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| | Apr 25, 2022 | | 2 of 2 |

## FedEx Express Shipment Detail By Reference (Original)

| Ship Date: Apr 19, 2022 | Cust. Ref.: 017284/Facebook/EBall | Ref.#2: |
|---|---|---|
| Payor: Shipper | Ref.#3: | |

Fuel Surcharge - FedEx has applied a fuel surcharge of 23.00% to this shipment.

| Automation | INET | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Tracking ID | 776624006896 | LEAR JIANG | | SOCIAL DATA TRADING LTD. | |
| Service Type | FedEx International Priority | SUSMAN GODFREY LLP | | 111 BONHAM STRAND | |
| Package Type | FedEx Pak | 1900 AVENUE OF THE STARS | | SHEUNG WAN 7FMWT-OWER HK | |
| Orig./Dest. | CIB/HHP | SUITE 1400 | | | |
| Zone | F | CENTURY CITY CA 90067 US | | | |
| Packages | 1 | | | | |
| Rated Weight | 1.0 lbs | Transportation Charge | | | 86.25 |
| Declared Value | USD 1.00 | Grace Discount | | | -18.64 |
| Delivered | Apr 22, 2022 11:21 | Automation Bonus Discount | | | -4.31 |
| Signed by | S.TSE | Fuel Surcharge | | | 16.43 |
| FedEx Use | _/USALLF/_ | Peak Surcharge | | | 1.00 |
| | | Adult Signature | | | 7.15 |
| | | **Total Transportation Charges** | | **USD** | **$87.88** |
| | | **017284/Facebook/EBall Reference Subtotal** | | **USD** | **$87.88** |
| | | **Total FedEx Express** | | **USD** | **$87.88** |

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!



| **Invoice Number** | **Invoice Date** | **Account Number** | Page |
|---|---|---|---|
| ▮▮▮▮▮ | Apr 25, 2022 | ▮▮▮▮▮ | 1 of 2 |

**Billing Address:**
SUSMAN GODFREY LLP
1000 LOUISIANA ST STE 5100
HOUSTON TX 77002-5096

**Shipping Address:**
JESSICA FOULENFONT
SUSMAN GODFREY LLP
1900 AVE OF THE STARS STE 1400
LOS ANGELES CA 90067-4405

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:     800.622.1147
                 M-F  7 AM to 8 PM CST
                 Sa    7 AM to 6 PM CST
Internet:   fedex.com

## Invoice Summary

### FedEx Express Services

| Total Charges | USD | $87.88 |
|---|---|---|
| **TOTAL THIS INVOICE** | **USD** | **$87.88** |

You saved $22.95 in discounts this period!

Shipments included in this invoice received an earned discount. If you would
like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.

*Payments not received by May 10, 2022 are subject to a late fee.*



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| **Invoice Number** | **Invoice Amount** | **Account Number** |
|---|---|---|
| ▮▮▮▮▮ | USD $87.88 | ▮▮▮▮▮ |

**Remittance Advice**

**Your payment is due by May 10, 2022**
*Payments not received by this date are subject to a late fee.*

SUSMAN GODFREY LLP
1000 LOUISIANA ST STE 5100
HOUSTON TX 77002-5096

FEDEX ERS
PO BOX 371741
PITTSBURGH PA 15250-7741

# INVOICE

Invoice ID: ███████████

| | |
|---|---|
| **Vendor** | FEDERAL EXPRESS CORPORATION |
| **Requester** | Rozalia Phocas [FirmAdmin I ███ I RPHOCAS I ███ I ] |
| **Created By** | Charles Walker [FirmAdmin I I CWalker] |
| **Create Date** | 04/25/2022 |

## Invoice Information

| | |
|---|---|
| **Vendor** | FEDERAL EXPRESS CORPORATION ███████ |
| **Address** | ATTN: EDI PAYMENT [██████ FEDEX ERS PO BOX 371741 PITTSBURGH, PA  15250-7741 |
| **Invoice Number** | █████████ |
| **Invoice Date** | 04/25/2022 |
| **Invoice Amount** | 87.88 USD |
| **Description** | 4/19/2022 |
| **Check Memo** | 017284 Meta Platforms/Facebook Meta Platforms/Facebook v. Social Data (RET) |
| **Firm Department** | Accounting Department |

## Prior Approvers

| | |
|---|---|
| ███████ | █████████████ |
| ███████ | █████████████ |
| ███████ | ██████████████ |
| ███████ | █████████ |

## Allocation Details

Amount (USD)

87.88

**Matter Expense**

| | |
|---|---|
| **017284** | Meta Platforms/Facebook Meta Platforms/Facebook v. Social Data (RET) |
| **Line** | 0001 |
| **Description** | Shipper: Lear Jiang, Recipient: Social Data Trading LTD., Tracking ID: 776624006896, Ship Date; 4/19/2022 |
| **Name** | Lear Jiang [Associate I ████ I LJIANG] |
| **Code** | Messenger/Delivery Service (HCMSGR) |

## Allocation Summary

Amount(USD)

| | | |
|---|---|---|
| **017284** | Meta Platforms/Facebook    Meta Platforms/Facebook v. Social Data (RET) | 87.88 |

Invoice ID:

## Expense Summary

| | Amount(USD) |
|---|---|
| Matter Expense | 87.88 |