IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., <br>     Plaintiff, <br>     v. <br> SOCIAL DATA TRADING LTD., <br>     Defendant. | Case No. 21-cv-09807-CRB <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court has reviewed the Report and Recommendation (R&R) by United States Magistrate Judge Alex G. Tse (dkt. 27) concerning Plaintiff Meta Platforms, Inc.'s motion for default judgment (dkt. 23) against Defendant Social Data Trading Ltd. Magistrate Judge Tse recommended granting default judgment to Plaintiff, as well as entering a permanent injunction against Defendant, awarding $361,790 in attorneys' fees to Plaintiff, and awarding $3,640.45 in costs to Plaintiff. See R&R at 9. Plaintiff served the R&R on Defendant on November 21, 2022. See Certificate of Service (dkt. 29). Defendant failed to timely object to the R&R.

On de novo review, the Court concludes that Magistrate Judge Tse's R&R is correct, thorough, and well-reasoned. See Fed. R. Civ. P. 72(b); Civ. L.R. 72-3. The Court therefore ADOPTS the R&R in full and GRANTS Plaintiff's motion for default judgment. The Court further ENJOINS Defendant from:

    a. Accessing or attempting to access Meta's platforms, including Facebook and Instagram, and Meta's computer systems;

    b. Developing, offering, and marketing software or computer code intended to automate the collection of data or circumvent Meta's enforcement measures;

c. Engaging in any activity that disrupts, diminishes the quality of, interferes with the performance of, or impairs the functionality of Meta's platforms, including Facebook and Instagram, and Meta's computer systems;

d. Engaging in any activity, or facilitating others to do the same, that violates Instagram's Terms of Use and related policies; and

e. Selling or distributing data of any kind obtained or purportedly obtained from Meta or its products, including Facebook and Instagram. Dkt. 23-2 at 2–3 (proposed judgment).

See R&R at 7 (citing dkt. 23-2 at 2–3). Finally, the Court AWARDS Plaintiff $365,430.45 ($361,790 plus $3,640.45). Plaintiff is directed to serve this order on Defendant and to file a proof of service.

**IT IS SO ORDERED.**

Dated: December 8, 2022

CHARLES R. BREYER
United States District Judge