IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| META PLATFORMS, INC., <br> Plaintiff, <br> v. <br> SOCIAL DATA TRADING LTD., <br> Defendant. | Case No. 21-cv-09807-CRB <br><br> **JUDGMENT** |

Having granted Plaintiff Meta Platforms, Inc.'s motion for default judgment, the Court hereby enters judgment for Plaintiff and against Defendant Social Data Trading Ltd.

**IT IS SO ORDERED.**

Dated: December 8, 2022

CHARLES R. BREYER
United States District Judge